Philip J. STODDARD, Plaintiff–Appellant,

v.

The FLORIDA BOARD OF BAR EXAMINERS, An Administrative Agency of the State of Florida, Thomas Arthur Pobjecky, General Counsel for the Florida Board of Bar Examiners, et al., Defendants–Appellees.

No. 07–10546
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 20, 2007.

Jeffrey H. Northcutt, Jacksonville, FL, for Plaintiff–Appellant.

James Joseph Dean, Messer, Caparello & Self, P.A., Stephanie Allison Daniel, Attorney General's Office, Tallahassee, FL, for Defendants–Appellees.

---

1. This sentence range reflected an adjusted offense level of 21 and a criminal history category of II.

Before ANDERSON, BARKETT and COX, Circuit Judges.

PER CURIAM:

Philip J. Stoddard sued the Florida Board of Bar Examiners (FBBE), the Honorable R. Fred Lewis, and several members of the FBBE, in their personal and official capacities. Stoddard's complaint alleges claims arising under 42 U.S.C. § 1983, 42 U.S.C. § 12213 (the ADA), and Article 1 Section 10 of the United States Constitution. The gravamen of Stoddard's lawsuit is that Defendants violated his rights by refusing to grant him admission to the Florida Bar. The district court dismissed each of the claims against each of the Defendants.

After a thorough review of the record and the parties' briefs on appeal, we find no reversible error.

**AFFIRMED.**